IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEREK TODD,                               No. 2:12-cv-01323-MCE-EFB

      Plaintiff,

  vs.                                     <u>ORDER</u>

RICHARD CURTIS, Placer County
Superior Court Judge; PLACER
COUNTY SUPERIOR COURT,

      Defendants.
_____/

    Plaintiff proceeds pro se with this civil rights lawsuit under 42 U.S.C. § 1983. On August 7, 2012, this court dismissed the case without leave to amend for plaintiff's failure to state a claim and for lack of subject-matter jurisdiction. Plaintiff has filed a notice of appeal, and the Ninth Circuit has asked the Court to determine whether plaintiff's <u>in forma pauperis</u> status should continue for the appeal or should be revoked because the appeal is frivolous or taken in bad faith. ECF No. 11.

///

1 | For the following reasons, the Court finds the appeal frivolous
2 | and, accordingly, revokes plaintiff's <u>in</u> <u>forma</u> <u>pauperis</u> status.
3 |     Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be
4 | taken in forma pauperis if the trial court certifies in writing
5 | that it is not taken in good faith."  The good faith standard is
6 | an objective one.  <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438,
7 | 445 (1962).
8 |     A plaintiff satisfies the "good faith" requirement if he or
9 | she seeks review of any issue that is "not frivolous."
10 | <u>Gardner v. Pogue</u>, 558 F.2d 548, 551 (9th Cir. 1977) (quoting
11 | <u>Coppedge</u>, 369 U.S. at 445).  For purposes of § 1915, an appeal is
12 | frivolous if it lacks any arguable basis in law or fact.
13 | <u>Neitzke v. Williams</u>, 490 U.S. 319, 325, 327 (1989).  For those
14 | reasons stated in the magistrate judge's May 29, 2012, Findings
15 | and Recommendations, which were adopted by this Court on
16 | August 7, 2012, this Court now holds that the instant Complaint
17 | is frivolous.  The Court thus certifies that Plaintiff's appeal
18 | is not taken in good faith.
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///

1     Accordingly, it is hereby ORDERED that the Clerk of Court is
2 directed to notify the Ninth Circuit Court of Appeals that the
3 court certifies, pursuant to Rule 24(a)(3)(A) of the Federal
4 Rules of Appellate Procedure, that plaintiff's appeal is not
5 taken in good faith, and he must therefore seek further
6 authorization from the Court of Appeals pursuant to Rule 24(a)(5)
7 to obtain leave to proceed in forma pauperis on appeal.
8     IT IS SO ORDERED.

Dated: September 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE